IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| TAMEIKA GUILLORY | § | |
|     Plaintiff | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 15-310 |
| | § | |
| JAMES B. MATSON AND | § | |
| STI LEASING, LLC | § | |
|     Defendants | § | JURY REQUESTED |

## DEFENDANTS' NOTICE OF REMOVAL

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW Defendants, JAMES B. MATSON AND STI LEASING, LLC, and hereby give notice of their removal of Cause No. b-197238 filed in the Judicial District Court of Jefferson County, Texas, to the United States District Court for the Eastern District of Texas pursuant to the provisions of 28 U.S.C. §§ 1441(a) and 1446.

### Factual Background

1.      On or about July 17, 2013, a two car motor vehicle accident occurred on Interstate 10 near Walden Road in Beaumont, Texas allegedly involving all the parties.  Plaintiff claims she was injured when a tractor trailer driven by James B. Matson was making a left hand turn from a right lane, thus hitting the front passenger side of her vehicle. Plaintiff claims she was injured as a result of this collision and filed suit in state court.

2.      Plaintiff filed suit in state court on June 12, 2015.  Service of Citation and Complaint was made on STI Leasing on July 10, 2015 via the Secretary of State.  In Plaintiff's Original Petition there was a monetary claim for damages in an amount greater than $200,000 but less than $1,000,000, which exceeds the jurisdictional minimum.  The case has been on file for less than one year.  Removal is both timely and appropriate.

**Basis for Removal and Jurisdiction**

3.        This cause may be removed pursuant to 28 U.S.C. § 1441(a). "[A]ny civil action brought in State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant . . . , to the district court of the United States for the district and division embracing the place where such action is pending." This Court has jurisdiction over this matter under 28 U.S.C. § 1332 because there is complete diversity of citizenship and the amount in controversy is greater than $75,000.00.

**Full Diversity Between the Parties**

*Complete Diversity of Citizenship*

4.        To have diversity of citizenship, each plaintiff must have a different citizenship from each defendant. 28 U.S.C. § 1332. Complete diversity of citizenship exists between the parties as the Plaintiffs are Texas citizens and none of the Defendants are Texas citizens or corporations.

5.        Plaintiff, Temeika Guillory, is a resident and citizen of the State of Texas.

6.        Defendant, James B. Matson, is a resident and citizen of the State of Arkansas.

7.        Defendant, STI Leasing, LLC is an Oklahoma corporation with its principal place of business in Kiefer, Oklahoma.

*Amount in Controversy*

8.        In order for diversity jurisdiction to exist, the amount in controversy must exceed $75,000.00, exclusive of interest and costs. 28 U.S.C. § 1332(a).

9.        Plaintiff is seeking more than $200,000 in damages, as stated in her Original Petition.

### Removal is Timely and Appropriate

10.     If the plaintiff creates diversity jurisdiction sometime after filing the initial complaint, the defendant has one year from the commencement of the suit to remove.  28 U.S.C. § 1446(b).  A defendant has 30 days to remove a civil action after receipt of the first pleading or other paper that establishes the jurisdictional grounds.  28 U.S.C. § 1446(b).  When diversity is the basis for removal, the defendant can rely on the plaintiff's voluntary assertion of damages within the complaint to meet the monetary jurisdictional requirement for diversity.  *S.W.S. Erectors, Inc. v. Infax, Inc.*, 72 F.3d 489, 492 (5th Cir. 1996).     "The burden of establishing subject matter jurisdiction in federal court rests on the party seeking to invoke it." *St. Paul Reinsurance Co. v. Greenberg*, 134 F.3d 1250, 1253 (5th Cir. 1998). Here, Plaintiff's original pleading voluntarily asserts an amount in controversy in excess of $75,000.00.  This removal is filed within the thirty (30) days of the service of Plaintiffs' Petition.  The removal is both timely and appropriate.

### Jury Demanded

11.     Defendants request that the case be tried before a jury.

### Consent of All Served Defendants

12.     Defendants have been properly served and consent to this removal.

### Compliance with Local Rule and Notice Requirements

13.     Pursuant to 28 U.S.C. § 1446 and Local Rule 81, the following documents are attached to this Notice:

Exhibit A............Letter from the Deputy District Clerk certifying the records

Exhibit B............Civil Docket, District Court

Exhibit C............Letter from District Clerk regarding Declaration of Compliance

Exhibit D............Plaintiff's Original Petition, Requests for Disclosure and Rule 193.7 Notice

Exhibit E ........... Civil Process Request

Exhibit F ............ Civil Case Information Sheet

Exhibit G............ Letter Request for Preparation of Citations

Exhibit H............ Citation for James B. Matson

Exhibit I ............. Return of Citation for James B. Matson with attachments

Exhibit J ............. Return of Citation for STI Leasing, LLC with attachments

Exhibit K............ Defendants' Original Answer

Defendants know of no orders signed by the state judge.

14.    Pursuant to 28 U.S.C. 1446(d), written notice of the filing of this instrument will be given to Plaintiffs.  A true and correct copy of this Notice of Removal also will be attached as an exhibit with the written Notice of Removal filed with the clerk of the state court.

Respectfully submitted,

/s/ Roger D. Oppenheim

Roger D. Oppenheim
FBN: 14206
SBN: 15292400

OF COUNSEL:
**LORANCE & THOMPSON, P.C.**
2900 North Loop West, Suite 500
Houston, TX 77092
713/868-5560
713/864-4671 (fax)
rdo@lorancethompson.com
ATTORNEY FOR DEFENDANTS
STI LEASING, LLC AND JAMES B. MATSON

## CERTIFICATE OF SERVICE

On this 17th day of August, 2015, a true and correct copy of the foregoing instrument has been provided to all parties by e-filing and/or telefax transmission.

Mr. Jonathan Juhan
Jonathan C. Juhan, PC
985 I-10 North, Ste. 100
Beaumont, TX 77706
jonathanjuhan@sbcglobal.net

/s/ Roger D. Oppenheim

_____

Roger D. Oppenheim

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| TAMEIKA GUILLORY | § | |
|     Plaintiff | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 15-310 |
| | § | |
| JAMES B. MATSON AND | § | |
| STI LEASING, LLC | § | |
|     Defendants | § | JURY REQUESTED |

<u>INDEX OF MATTERS BEING FILED</u>

Defendants, JAMES B. MATSON AND STI LEASING, LLC, in connection with the removal of this case to the United States District Court for the Eastern District of Texas, Beaumont Division, file their index of matters, as follows:

Exhibit A............Letter from the Deputy District Clerk certifying the records

Exhibit B............Civil Docket, District Court

Exhibit C............Letter from District Clerk regarding Declaration of Compliance

Exhibit D............Plaintiff's Original Petition, Requests for Disclosure and Rule 193.7 Notice

Exhibit E...........Civil Process Request

Exhibit F ............Civil Case Information Sheet

Exhibit G............Letter Request for Preparation of Citations

Exhibit H............Citation for James B. Matson

Exhibit I .............Return of Citation for James B. Matson with attachments

Exhibit J .............Return of Citation for STI Leasing, LLC with attachments

Exhibit K............Defendants' Original Answer

Respectfully submitted,

/s/ Roger D. Oppenheim

_____
Roger D. Oppenheim
FBN: 14206
SBN: 15292400

OF COUNSEL:
**LORANCE & THOMPSON, P.C.**
2900 North Loop West, Suite 500
Houston, TX 77092
713/868-5560
713/864-4671 (fax)
rdo@lorancethompson.com
ATTORNEY FOR DEFENDANTS
STI LEASING, LLC AND JAMES B. MATSON

## CERTIFICATE OF SERVICE

On this 7th day of August, 2015, a true and correct copy of the foregoing instrument has been provided to all parties by e-filing and/or telefax transmission.

Mr. Jonathan Juhan
Jonathan C. Juhan, PC
985 I-10 North, Ste. 100
Beaumont, TX 77706
jonathanjuhan@sbcglobal.net

/s/ Roger D. Oppenheim

_____
Roger D. Oppenheim

**Jefferson County**
**District Clerk's Office**
1085 Pearl Street
Room 203
Beaumont, TX 77701
409-835-8580
Fax 409-835-8527



**Family Law Division**
409-835-8653

**Child Support**
P. O. Box 3586
Beaumont, TX 77704
409-835-8425

**JAMIE SMITH**
**District Clerk**

Date: July 29, 2015

The State of Texas      *Temeika Guillory
                        • Case# B197238
County of Jefferson   *James B Matson et al

     I, Jamie Smith, Clerk of the District Court, in and for Jefferson
County, Texas, do hereby certify that the above and foregoing is a true and correct copy
of the entire original case hereof, attached hereto 32  pages, as same was filed and
appears of record in my office.

Witness my official seal and signature of office in Beaumont, Texas, this 29th day of
July, A.D., 2015.

**Jamie Smith**, District Clerk
Jefferson County, Texas

By _____
Deputy

EXHIBIT
A

PAGE OF 1
E-FILE: 6/12/15 TO CURRENT

# CIVIL DOCKET, DISTRICT COURT

CASE NO. B-0197238-

| NUMBER OF CASE | NAMES OF PARTIES | ATTORNEYS | KIND OF ACTION | DATE OF FILING | |
|---|---|---|---|---|---|
| B-0197238- | GUILLORY, TEMEIKA<br>VS<br>MATSON, JAMES B | JUHAN, JONATHAN PLFT<br>NO ATTORNEY AT THIS TIME DEFT | PERSONAL INJURY INV | 6/12/2015 | |
| | | | DISPOSITION DATE | JURY FEE | DATE |

| DATE OF ORDERS | ORDERS OF THE COURT | PROCESS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |



EXHIBIT
B
ALL-STATE LEGAL®

**Jefferson County**
**District Clerk's Office**
1085 Pearl Street
Room 203
Beaumont, TX 77701
409-835-8580
Fax 409-835-8527



**Family Law Division**
409-835-8653

**Child Support**
P. O. Box 3586
Beaumont, TX 77704
409-835-8425

**JAMIE SMITH**
**District Clerk**

April 23, 2015

In 2015 the Jefferson County District Clerks office filed a Declaration of Compliance with the Texas State Library and Archives Commission.

As records management officer for the local government or elective county office named, I hereby declare, that in lieu of filing records control schedules, we have adopted records control schedules that comply with minimum requirements established on records retention schedules issued by the Texas State Library and Archives Commission for use in our records management program. In doing so, I also certify that the administrative rules for electronic records, adopted by the commission under Local Government Code 205.003(a) will be followed for records subject to the rules.

A copy of the accepted Declaration of compliance is attached.

Jamie Smith



*Original*



Texas
State Library
and Archives
Commission

# Declaration of Compliance
with the Records Scheduling Requirement of the Local Government Records Act
*Submitted pursuant to Local Government Code §203.041(e)(2)*

**Section 1**  SUBMISSION OF DATA

1. Government: Jefferson County
2. Address: 1085 Pearl Street Rm #203
   City: Beaumont          ZIP code: 77701
3. Telephone: 409-935-8518 4. Email (optional): jsmith@co.jefferson.tx.us

## Section 2   LOCAL GOVERNMENT CERTIFICATION

As records management officer for the local government or elective county office named, I hereby declare, that in lieu of filing records control schedules, we have adopted records control schedules that comply with minimum requirements established on records retention schedules issued by the Texas State Library and Archives Commission (as checked below) for use in our records management program. In doing so, I also certify that the administrative rules for electronic records, adopted by the commission under Local Government Code §205.003(a) will be followed for records subject to the rules. I understand that:

- the validity of this declaration is contingent on its acceptance for filing by the commission;
- if we have previously filed documentation with the commission in which we declared our intent to retain all records permanently, we must attach amended documentation to this declaration before it can be accepted for filing;
- the records retention schedules adopted by this declaration may be amended by filing for approval a supplemental Records Control Schedule Amendment (SLR 520) on which are listed proposed retention periods for records that do not appear on schedules issued by the commission (as checked below);
- if a supplemental Records Control Schedule Amendment is not filed, we must file a Request for Authorization to Destroy Unscheduled Records (SLR 501) in order to destroy records that do not appear on schedules issued by the commission (as checked below); and
- the commission will provide us with access to subsequent editions of any schedules issued by the commission.

1. **I hereby declare that our records control schedules will comply with the following schedules issued by the commission:**

☐ Schedule CC (Records of County Clerks)            ☐ Schedule LC (Records of Justice and Municipal Courts)
☑ Schedule DC (Records of District Clerks)            ☐ Schedule PS (Records of Public Safety Agencies)
☐ Schedule EL (Records of Elections and Voter Registration)   ☐ Schedule PW (Records of Public Works and Services)
☑ Schedule GR (Records Common to All Governments)    ☐ Schedule SD (Records of Public School Districts)
☐ Schedule HR (Records of Public Health Agencies)     ☐ Schedule TX (Records of Property Taxation)
☐ Schedule JC (Records of Public Junior Colleges)      ☐ Schedule UT (Records of Utility Services)

2. *If any records control schedules or amendments have been filed with the commission, I also hereby declare that those schedules or amendments:*

☑ are superseded by this declaration.

○ are not superseded by this declaration. I understand that, in the event of a conflict between the previously filed records control schedules or amendments and the schedules adopted by this declaration, the longer retention period shall apply.

Name and Title: Janie Smith   Jefferson County District Clerk

Signature: Janie Smith                    Date: 1/27/2015

**Section 3**   TEXAS STATE LIBRARY ACCEPTANCE (to be completed by Texas State Library)

This Declaration of Compliance has been accepted for filing pursuant to Local Government Code §203.043(a). A record appearing on a schedule issued by the commission (as checked above) may be disposed of at the expiration of its retention period without additional notice to the Director and Librarian, subject to the provisions of Local Government Code §203.041 (b).

SARAH JACOBSON – MANAGER, RECORDS MGMT ASSISTANCE
Name and Title

Signature                     Date: 02/23/15

Texas State Library and Archives Commission
State and Local Records Management Division

Box 12927
Austin, Texas 78711-2927

512-463-7610
512-936-2306 FAX

SLR 508 (8/12)

123  05  000  MS

**FILED**
**DISTRICT CLERK OF**
**JEFFERSON CO TEXAS**
**6/12/2015 3:27:08 PM**
**JAMIE SMITH**
**DISTRICT CLERK**
**B-197238**

**CAUSE NO:** _____  _____

| | | |
|---|---|---|
| TEMEIKA GUILLORY | § | IN THE DISTRICT COURT OF |
|    Plaintiff, | § | |
| | § | |
| VS. | § | JEFFERSON COUNTY, TEXAS |
| | § | |
| JAMES B. MATSON AND | § | |
| STI LEASING, LLC | § | |
|    Defendants. | § | _____ JUDICIAL DISTRICT |

### PLAINTIFF'S ORIGINAL PETITION, REQUESTS FOR DISCLOSURE, AND RULE 193.7 NOTICE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW TEMEIKA GUILLORY, hereinafter styled Plaintiff, complaining of JAMES B. MATSON AND STI LEASING, LLC, hereinafter styled Defendants, and for cause of action against said Defendants would respectfully show the Court as follows:

I.

Plaintiff designates that discovery in this cause of action shall be governed by Rule 190.3 discovery control plan (level 2) of the Texas Rules of Civil Procedure.

II.

Pursuant to Rule 47, Plaintiff seeks monetary relief over $200,000 but not more than $1,000,000.

III.

Plaintiff TEMEIKA GUILLORY currently resides in Beaumont, Jefferson County, Texas. Pursuant to CPRC §30.014, the last three digits of Plaintiff's driver's license number are 214 and the last three digits of her social security number are 298.

1



IV.

Defendant, JAMES B. MATSON, an individual who is a nonresident of Texas and whose home is located at 1030 M St. NW, Miami, OK  74354-2922, may be served with process by serving the Chairman of the Texas Transportation Commission at 125 E. 11th Street, Austin, Texas  78701, as Defendant's agent for service because Defendant was a party to a collision or accident while operating a motor vehicle in Texas.  *Tex. Civ. Prac. & Rem. Code §§17.062(a), 17.063.*

**SERVICE IS REQUESTED AT THIS TIME.**

Defendant, STI LEASING, LLC, a foreign corporation organized and existing under the laws of Oklahoma, USA, whose home office is located at 14701 South 49th W. Ave., Kiefer, OK, 74041, USA, may be served with process by serving the Texas Secretary of State at 1019 Brazos Street, Austin, Texas  78701, as its agent for service because defendant engages in business in Texas but has not designated or maintained a resident agent for service of process in Texas. *Tex. Civ. Prac. & Rem. Code §§17.044(a)(1), 17.045.*

**SERVICE IS REQUESTED AT THIS TIME.**

Plaintiff invokes Rule 28 of the Texas Rules of Civil Procedure, as appropriate.

V.

On or about July 17, 2013, in Beaumont, Jefferson County, Texas, Plaintiff TEMEIKA GUILLORY was stopped in the inside lane of the I-10 Service Road waiting to turn left, when Defendant, JAMES B. MATSON, within the course and scope of his employment with Defendant, STI LEASING, LLC, turned left from the outside lane of Walden Road, and slammed into the front passenger side of Plaintiff's vehicle with the trailer of his 18-wheeler as it entered

2

Plaintiff's lane of traffic. Additionally, Defendant, JAMES B. MATSON was talking on his cell phone at the time of the incident. This negligent incident resulted in the injuries and damages complained of herein.

### VI.

The occurrence made the basis of this suit, referred to above, and the resulting injuries and damages, were proximately caused by the negligent conduct of the Defendant driver in one or more of the following respects:

(a)  In failing to maintain control of his vehicle as persons of ordinary prudence would have kept under the same or similar circumstances.

(b)  In failing to keep such lookout as persons of ordinary prudence would have kept under the same or similar circumstances.

(c)  In failing to control the speed of his vehicle as necessary to avoid colliding with another person or vehicle that is on or entering the highway, in violation of Section 545.351, Texas Transportation Code, such violation constituting negligence per se.

(d)  In failing to maintain a single lane of traffic, in violation of Section 545.060, Texas Transportation Code, such violation constituting negligence per se.

(e)  In driving a vehicle in a wilful or wanton disregard for the safety of persons or property, in violation of Section 545.401, Texas Transportation Code, such violation constituting negligence per se.

Each of these acts and omissions, singularly or in combination with others, constituted

negligence which proximately caused the occurrence made the basis of this action and Plaintiff's

injuries and damages.

Further, Plaintiff alleges negligent entrustment against Defendant, STI LEASING, LLC.

3

## VII.

As a direct and proximate result of the negligence and carelessness of the Defendants, Plaintiff, TEMEIKA GUILLORY has suffered with severe pain and injury to her neck, back, and right hand, with numbness in her hands, muscle spasms, disc protrusions, and soreness to the body in general.   That because of such injuries she has suffered the following:

A.    Reasonable and necessary medical expense – past

B.    Reasonable and necessary medical expense – future

C.    Loss of earnings and earning capacity – past

D.    Loss of earning capacity – future

E.    Physical impairment – past

F.    Physical impairment - future

G.    Physical pain – past

H.    Physical pain – future

I.    Mental anguish – past

J.    Mental anguish – future

K.    Disfigurement – past

L.    Disfigurement – future

M.    Exemplary damages

N.    Property damage

Each of these acts or omissions, singularly or in combination with others, constituted negligence which proximately caused the occurrence made the basis of this action and Plaintiff's injuries and damages.

VIII.

Under Texas Rule of Civil Procedure 194, Plaintiff requests that each Defendant disclose, within 50 days of service of this request, the information or material described in Rule 194.2 (a) through (l).

IX.

Pursuant to Rule 193.7 of the Texas Rules of Civil Procedure, Plaintiff hereby gives actual notice to Defendants that any and all documents produced by Defendants may be used against Defendants at any pretrial proceeding and/or at the trial of this matter without the necessity of authenticating the documents.

X.

Plaintiff says if in the event there were pre-existing conditions in her body prior to this incident that such conditions were painless and symptom-free, but because of the injuries suffered in this collision such conditions were lighted up, aggravated and precipitated.

WHEREFORE, premises considered, Plaintiff prays that the Defendants be cited to appear and answer herein; that upon a trial of this cause that Plaintiff has and recovers of and from the Defendants' judgment for the damages as may be deemed just and fair by the Court, that she has such judgment, together with all legal interest, including pre-judgment interest, costs of suit and for such other relief to which Plaintiff may be justly entitled.

5

Respectfully submitted,


BY:   /s/Jonathan C. Juhan
      JONATHAN JUHAN
      SBN: 11047225
      jonathanjuhan@sbcglobal.net
      J. J. BRAGG
      SBN: 00790356
      jjbragglaw@att.net
      985 I-10 N. Suite 100
      Beaumont, Texas 77706
      409/832-8877   TELEPHONE
      409/924-8880   FACSIMILE

      Attorneys for Plaintiff

RECEIPT FOR: FEES                                    E-FILING

Cause No: B-0197238          Date:  6/12/15          Receipt No:  316273
  Style:  TEMEIKA GUILLORY
       vs JAMES B MATSON ET AL


Paid By: JUHAN, JONATHAN                                      P
Amt Paid:     298.00 EFILE005661294-0  Bal Due:

    10.00      RECORDS MANAGEMENT        10.00    COURT RECORD PRESERVATIO
    10.00      RECORDS ARCHIVE FEE        2.00    ELECTRONIC FILING FEE ($
    50.00      COUNTY FILING FEE         12.00    COPIES
    50.00      STATE FILING FEE
    10.00      LIBRARY FEE
    15.00      MEDIATION CENTER FEE
    15.00      STENO
     5.00      SECURITY FEE
    10.00      INDIGENT FEE
    42.00      JUDICIAL SUPPORT
     5.00      APPELLATE JUDICIAL SYSTE
    20.00      ELECTRONIC FILING FEE


               JAMIE SMITH, CLERK DISTRICT COURTS
                    Jefferson County, Texas


                    By: _____
_____   ODBC              Deputy

**FILED**
**DISTRICT CLERK OF**
**JEFFERSON CO TEXAS**
6/12/2015 3:27:08 PM
**JAMIE SMITH**
**DISTRICT CLERK**
B-197238

## CIVIL PROCESS REQUEST

FOR EACH PARTY SERVED YOU MUST FURNISH ONE (1) COPY OF THE PLEADING
FOR WRITS FURNISH TWO (2) COPIES OF THE PLEADING PER PARTY TO BE SERVED

CASE NUMBER: _____    CURRENT COURT: _____

TYPE OF INSTRUMENT TO BE SERVED (See Reverse For Types): Original Petition _____

FILE DATE OF MOTION: _____
                          Month/        Day/        Year

SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be Served):

1. NAME: JAMES B. MATSON _____

   ADDRESS: 1030 M. ST NW, Miami, OK 74354-2922 _____

   AGENT, (if applicable): Chairman of the Texas Transportation Commission, 125 East 11th St., Austin, TX 78701

   TYPE OF SERVICE/PROCESS TO BE ISSUED (see reverse for specific type): Citation _____

   **SERVICE BY** (check one):
   ☑ **ATTORNEY PICK-UP**              ☐ **CONSTABLE**
   ☐ **CIVIL PROCESS SERVER** - Authorized Person to Pick-up: _____    Phone: _____
   ☐ **MAIL**                          ☐ **CERTIFIED MAIL**
   ☐ **PUBLICATION:**
      Type of Publication:   ☐ **COURTHOUSE DOOR, or**
                             ☐ **NEWSPAPER OF YOUR CHOICE:** _____
   ☐ **OTHER,** *explain* _____

   \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

   \*\*\*\*

2. NAME: STI LEASING, LLC _____

   ADDRESS: 14701 South 49th W. Ave., Kiefer, OK 74041 _____

   AGENT, (if applicable): Texas Secretary of State, 1019 Brazos Street, Austin, Texas 78701

   TYPE OF SERVICE/PROCESS TO BE ISSUED (see reverse for specific type): Citation _____

   **SERVICE BY** (check one):
   ☑ **ATTORNEY PICK-UP**              ☐ **CONSTABLE**

   ☐ **CIVIL PROCESS SERVER** - Authorized Person to Pick-up: _____    Phone: _____

   ☐ **MAIL**                          ☐ **CERTIFIED MAIL**

   ☐ **PUBLICATION:**
      Type of Publication:   ☐ **COURTHOUSE DOOR, or**
                             ☐ **NEWSPAPER OF YOUR CHOICE:** _____
   ☐ **OTHER,** *explain* _____

---

**ATTORNEY (OR ATTORNEY'S AGENT) REQUESTING SERVICE:**

NAME: Jonathan C. Juhan _____    TEXAS BAR NO./ID NO. 11047225 _____

MAILING ADDRESS: 985 I-10 North, Suite 100   Beaumont, Texas 77706 _____

PHONE NUMBER: 409     832-8877              FAX NUMBER: 409     924-8880
                area code    phone number                  area code    fax number

EMAIL ADDRESS: jonathanjuhan@sbcglobal.net _____


EXHIBIT
E

Page 1 of 2

CIV/C108 Revised 01/00

SERVICE REQUESTS WHICH CANNOT BE PROCESSED BY THIS OFFICE WILL BE HELD FOR 30 DAYS PRIOR TO CANCELLATION. FEES WILL BE REFUNDED ONLY UPON REQUEST, OR AT THE DISPOSITION OF THE CASE. SERVICE REQUESTS MAY BE REINSTATED UPON APPROPRIATE ACTION BY THE PARTIES.

INSTRUMENTS TO BE SERVED:
(Fill In Instrument Sequence Number, i.e. 1st, 2nd, etc.)

ORIGINAL PETITION
_____  AMENDED PETITION
_____  SUPPLEMENTAL PETITION

COUNTERCLAIM
_____  AMENDED COUNTERCLAIM
_____  SUPPLEMENTAL COUNTERCLAIM

CROSS-ACTION:
_____  AMENDED CROSS-ACTION
_____  SUPPLEMENTAL CROSS-ACTION

THIRD-PARTY PETITION:
_____  AMENDED THIRD-PARTY PETITION
_____  SUPPLEMENTAL THIRD-PARTY PETITION

INTERVENTION:
_____  AMENDED INTERVENTION
_____  SUPPLEMENTAL INTERVENTION

INTERPLEADER
_____  AMENDED INTERPLEADER
_____  SUPPLEMENTAL INTERPLEADER

INJUNCTION

MOTION TO MODIFY

SHOW CAUSE ORDER

TEMPORARY RESTRAINING ORDER

BILL OF DISCOVERY:
    ORDER TO: _____
                        (specify)

    MOTION TO: _____
                        (specify)

PROCESS TYPES:

NON WRIT:
CITATION
ALIAS CITATION
PLURIES CITATION
SECRETARY OF STATE CITATION
COMMISSIONER OF INSURANCE
HIGHWAY COMMISSIONER
CITATION BY PUBLICATION
NOTICE
SHORT FORM NOTICE

PRECEPT (SHOW CAUSE)
RULE 106 SERVICE

SUBPOENA

WRITS:
ATTACHMENT (PROPERTY)
ATACHMENT (WITNESS)
ATTACHMENT (PERSON)

CERTIORARI

EXECUTION
EXECUTION AND ORDER OF SALE

GARNISHMENT BEFORE JUDGMENT
GARNISHMENT AFTER JUDGMENT

HABEAS CORPUS
INJUNCTION
TEMPORARY RESTRAINING ORDER

PROTECTIVE ORDER (FAMILY CODE)
PROTECTIVE ORDER (CIVIL CODE)

POSSESSION (PERSON)
POSSESSION (PROPERTY)

SCIRE FACIAS
SEQUESTRATION
SUPERSEDEAS

CIVCI08 Revised 012/00

**FILED**
**DISTRICT CLERK OF**
**JEFFERSON CO TEXAS**
6/12/2015 3:27:08 PM
JAMIE SMITH
DISTRICT CLERK
D-197238

# CIVIL CASE INFORMATION SHEET (REV. 2/13)

CAUSE NUMBER *(FOR CLERK USE ONLY):*                    COURT *(FOR CLERK USE ONLY):*

STYLED _____ Temelka Guillory v. James B. Matson and STI Leasing, LLC

(e.g., John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)

A civil case information sheet must be completed and submitted when an original petition or application is filed to initiate a new civil, family law, probate, or mental health case or when a post-judgment petition for modification or motion for enforcement is filed in a family law case. The information should be the best available at the time of filing.

## 1. Contact information for person completing case information sheet:

| Names of parties in case: | Person or entity completing sheet is: |
|---|---|

| Name: | Email: | Plaintiff(s)/Petitioner(s): | ☒ Attorney for Plaintiff/Petitioner |
|---|---|---|---|
| Jonathan C. Juhan | jonathanjuhan@sbcglobal.net | Temelka Guillory | ☐ Pro Se Plaintiff/Petitioner ☐ Title IV-D Agency ☐ Other: _____ |
| Address: | Telephone: | | Additional Parties in Child Support Case: |
| 985 I-10 North, Suite 100 | 409/832-8877 | Defendant(s)/Respondent(s): | Custodial Parent: |
| City/State/Zip: | Fax: | James B. Matson | |
| Beaumont, Texas 77706 | 409/924-8880 | STI Leasing, LLC | Non-Custodial Parent: |
| Signature: | State Bar No: | | Presumed Father: |
| | 11047225 | [Attach additional page as necessary to list all parties] | |

## 2. Indicate case type, or identify the most important issue in the case *(select only 1):*

| Civil | | | | Family Law |
|---|---|---|---|---|

| Contract | Injury or Damage | Real Property | Marriage Relationship | Post-judgment Actions (non-Title IV-D) |
|---|---|---|---|---|
| **Debt/Contract** ☐ Consumer/DTPA ☐ Debt/Contract ☐ Fraud/Misrepresentation ☐ Other Debt/Contract: | ☐ Assault/Battery ☐ Construction ☐ Defamation **Malpractice** ☐ Accounting ☐ Legal ☐ Medical ☐ Other Professional Liability: | ☐ Eminent Domain/ Condemnation ☐ Partition ☐ Quiet Title ☐ Trespass to Try Title ☐ Other Property: | ☐ Annulment ☐ Declare Marriage Void **Divorce** ☐ With Children ☐ No Children | ☐ Enforcement ☐ Modification—Custody ☐ Modification—Other |
| **Foreclosure** ☐ Home Equity—Expedited ☐ Other Foreclosure ☐ Franchise ☐ Insurance ☐ Landlord/Tenant ☐ Non-Competition ☐ Partnership ☐ Other Contract: | ☒ Motor Vehicle Accident ☐ Premises **Product Liability** ☐ Asbestos/Silica ☐ Other Product Liability List Product: ____ ☐ Other Injury or Damage: | **Related to Criminal Matters** ☐ Expunction ☐ Judgment Nisi ☐ Non-Disclosure ☐ Seizure/Forfeiture ☐ Writ of Habeas Corpus— Pre-indictment ☐ Other: | **Other Family Law** ☐ Enforce Foreign Judgment ☐ Habeas Corpus ☐ Name Change ☐ Protective Order ☐ Removal of Disabilities of Minority ☐ Other: | **Title IV-D** ☐ Enforcement/Modification ☐ Paternity ☐ Reciprocals (UIFSA) ☐ Support Order **Parent-Child Relationship** ☐ Adoption/Adoption with Termination ☐ Child Protection ☐ Child Support ☐ Custody or Visitation ☐ Gestational Parenting ☐ Grandparent Access ☐ Parentage/Paternity ☐ Termination of Parental Rights ☐ Other Parent-Child: |

| Employment | Other Civil | | |
|---|---|---|---|
| ☐ Discrimination ☐ Retaliation ☐ Termination ☐ Workers' Compensation ☐ Other Employment: | ☐ Administrative Appeal ☐ Antitrust/Unfair Competition ☐ Code Violations ☐ Foreign Judgment ☐ Intellectual Property | ☐ Lawyer Discipline ☐ Perpetuate Testimony ☐ Securities/Stock ☐ Tortious Interference ☐ Other: | |

| Tax | Probate & Mental Health | |
|---|---|---|
| ☐ Tax Appraisal ☐ Tax Delinquency ☐ Other Tax | **Probate/Wills/Intestate Administration** ☐ Dependent Administration ☐ Independent Administration ☐ Other Estate Proceedings | ☐ Guardianship—Adult ☐ Guardianship—Minor ☐ Mental Health ☐ Other: |

## 3. Indicate procedure or remedy, if applicable *(may select more than 1):*

| | | | |
|---|---|---|---|
| ☐ Appeal from Municipal or Justice Court ☐ Arbitration-related ☐ Attachment ☐ Bill of Review ☐ Certiorari ☐ Class Action | ☐ Declaratory Judgment ☐ Garnishment ☐ Interpleader ☐ License ☐ Mandamus ☐ Post-judgment | ☐ Prejudgment Remedy ☐ Protective Order ☐ Receiver ☐ Sequestration ☐ Temporary Restraining Order/Injunction ☐ Turnover | |

## 4. Indicate damages sought *(do not select if it is a family law case):*

☐ Less than $100,000, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney fees
☐ Less than $100,000 and non-monetary relief
☐ Over $100,000 but not more than $200,000
☒ Over $200,000 but not more than $1,000,000
☐ Over $1,000,000

**EXHIBIT**
**F**
ALL-STATE LEGAL®

FILED
DISTRICT CLERK OF
JEFFERSON CO TEXAS
6/12/2015 3:27:08 PM
JAMIE SMITH
DISTRICT CLERK
B-197238

# JONATHAN C. JUHAN, P.C.

### ATTORNEY AT LAW

985 I-10 North, Suite 100
Beaumont, TX   77706

Telephone:     409/832-8877
Facsimile:     409/924-8880

Email: JonathanJuhan@sbcglobal.net
Website:     JuhanLaw.com

Board Certified - Personal Injury Trial Law
Texas Board of Legal Specialization

---

June 12, 2015

Jamie Smith
District Clerk
1001 Pearl Street
Beaumont, Texas 77701

RE:     *Temeika Guillory vs. James B. Matson and STI Leasing, LLC;* In the District Court of
Jefferson County, Texas.

Dear Mr. Smith:

Please find enclosed Plaintiff's Original Petition, Requests for Disclosure, and Rule 193.7
Notice, regarding the above mentioned matter which we request you file.

Please prepare the citation on Defendant, JAMES B. MATSON, 1030 M. ST NW, Miami, OK
74354-2922, for service upon the Chairman of the Texas Transportation Commission at 125 East
11th Street, Austin, Texas   78701, as Defendant's agent for service.

Please prepare the citation on Defendant, STI LEASING, LLC, 14701 South 49th W. Ave.,
Kiefer, OK   74041, for service upon the Texas Secretary of State at 1019 Brazos Street, Austin,
Texas   78701, as Defendant's agent for service.

Please place the citations in the basket for pick up.

Very truly yours,

*/s/Jonathan C. Juhan*

Jonathan C. Juhan
/nw



C0197238---00005

CITATION

# THE STATE OF TEXAS

## No. B-0197238

## TEMEIKA GUILLORY
## VS. JAMES B MATSON ET AL

## CITATION

## 60 th JUDICIAL DISTRICT COURT
## of JEFFERSON COUNTY, TEXAS

To:  **MATSON, JAMES B**
**BY SERVING THE TEXAS TRANSPORTATION COMMISSION CHAIRMAN**
**FORWARD TO**

by serving at:
**125 EAST 11TH STREET**

**AUSTIN, TX    78701**                                                                 **DEFENDANT:**

NOTICE:

You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. Said answer may be filed by mailing same to: District Clerk's Office, 1001 Pearl St., 2nd floor, Beaumont, TX 77701, (or if the case is designated as an E-file case, E-file through Lexis Nexis file and serve) or by bringing it to the office. The case is presently pending before the 60 th District Court of Jefferson County sitting in Beaumont, Texas, and was filed on the 12th day of June, 2015. It bears cause number B-0197238 and is styled:

Plaintiff:

**TEMEIKA GUILLORY**

VS.

**JAMES B MATSON ET AL**

Defendant:

The name and address of the attorney for plaintiff (or plaintiff if pro se) is:

**JUHAN, JONATHAN, Atty.**
**985 I-10 NORTH SUITE 100**
**BEAUMONT, TX    77706 0**

The nature of the demands of said plaintiff is shown by a true and correct copy of Plaintiff's PETITION (PLAINTIFF'S ORIGINAL) ALSO ATTACHED LETTER DESIGNATING ALL CASES EFILE accompanying this citation and made a part thereof.

Issued under my hand and the seal of said court, at Beaumont, Texas, this the 18th day of June, 2015.

JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY, TEXAS

*Regan Corbello*

Regan



EXHIBIT

H

## RETURN OF SERVICE

B-0197238                60 th JUDICIAL DISTRICT COURT

TEMEIKA GUILLORY

JAMES B MATSON ET AL

Executed when copy was delivered:

This is a true copy of the original citation, was delivered to defendant _____, on the _____ day of _____, 20____.

_____, Officer

_____, County, Texas

By: _____, Deputy

**ADDRESS FOR SERVICE**:

MATSON, JAMES B

BY SERVING THE TEXAS TRANSPORTATION COMMISSION CHAIRMAN

AUSTIN, TX 78701 0000

### OFFICER'S RETURN

Came to hand on the _____ day of _____, 20____, at _____, o'clock ____.m., and executed in _____, County, Texas by delivering to each of the within named defendants in person, a true copy of this Citation with the date of delivery endorsed thereon, together with the accompanying copy of the Citation at the following times and places, to-wit:

| Name | Date/Time | Place, Course and Distance from Courthouse |
|---|---|---|
| | | |

And not executed as to the defendant(s), _____

The diligence used in finding said defendant(s) being:

_____

and the cause or failure to execute this process is:

_____

and the information received as to the whereabouts of said defendant(s) being:

_____

**FEES:**

Serving Petition and Copy  $_____

Total                $_____

_____, Officer

_____, County, Texas

By: _____, Deputy

_____
Affiant

### COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT.

In accordance with Rule 107: The officer of authorized person who serves, or attempts to serve, a citation shall sign and return. The signature is not required to be verified. If the return is signed by a person other than a sheriff, constable or the clerk of the court, the return shall be signed under penalty of perjury and contain the following statement:

"My name is _____, my date of birth is _____, and my address is _____.

(First, Middle, Last)

_____

(Street, City, Zip)

I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING IS TRUE AND CORRECT.

Executed in _____, County, State of _____, on the _____ day of _____.

_____
Declarant/Authorized Process Server

_____
(Id # expiration of certification)

CITATION

FILED
DISTRICT CLERK OF
JEFFERSON CO TEXAS
7/14/2015 12:46:46 PM
JAMIE SMITH
DISTRICT CLERK
B-197238

## THE STATE OF TEXAS

No. B-0197238

**TEMEIKA GUILLORY**
**VS. JAMES B MATSON ET AL**

## CITATION

### 60 th JUDICIAL DISTRICT COURT
### of JEFFERSON COUNTY, TEXAS

To:   STI LEASING LLC
      BY SERVING THE TEXAS SECRETARY OF STATE
      FORWARD TO

by serving at:
1019 BRAZOS STREET

AUSTIN, TX   78701                                        DEFENDANT:

NOTICE:

        You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who
issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and
petition, a default judgment may be taken against you. Said answer may be filed by mailing same to: District Clerk's Office, 1001
Pearl St., 2nd floor, Beaumont, TX 77701, (or if the case is designated as an E-file case, E-file through Lexis Nexis file and
serve) or by bringing it to the office. The case is presently pending before the 60 th District Court of Jefferson County sitting in
Beaumont, Texas, and was filed on the 12th day of June, 2015.  It bears cause number B-0197238 and is styled:

                                                                                              Plaintiff:

        TEMEIKA GUILLORY

VS.

        JAMES B MATSON ET AL

                                                                                              Defendant:

The name and address of the attorney for plaintiff (or plaintiff if pro se) is:

        JUHAN, JONATHAN, Atty.
        985 I-10 NORTH SUITE 100
        BEAUMONT, TX   77706.0

        The nature of the demands of said plaintiff is shown by a true and correct copy of Plaintiff's PETITION (PLAINTIFF'S
ORIGINAL) ALSO ATTACHED LETTER DESIGNATING ALL CASES EFILE  accompanying this citation and made a part
thereof.

        Issued under my hand and the seal of said court, at Beaumont, Texas, this the 18th day of June, 2015.

                                        JAMIE SMITH, DISTRICT CLERK
                                        JEFFERSON COUNTY, TEXAS

                                        Regan Corbells

                          Regan

**AFFIDAVIT ATTACHED**


EXHIBIT
I
ALL-STATE LEGAL®

## RETURN OF SERVICE

B-0197238          60 th JUDICIAL DISTRICT COURT

TEMEIKA GUILLORY

JAMES B MATSON ET AL

Executed when copy was delivered:

This is a true copy of the original citation, was delivered to defendant _____, on the _____ day of _____, 20____.

_____, Officer

_____, County, Texas

By: _____, Deputy

**ADDRESS FOR SERVICE:**

STI LEASING LLC

BY SERVING THE TEXAS SECRETARY OF STATE

AUSTIN, TX 78701 0000

### OFFICER'S RETURN

Came to hand on the _____ day of _____, 20____, at _____, o'clock ____.m., and executed in _____, County, Texas by delivering to each of the within named defendants in person, a true copy of this Citation with the date of delivery endorsed thereon, together with the accompanying copy of the Citation at the following times and places, to-wit:

| Name | Date/Time | Place, Course and Distance from Courthouse |
|---|---|---|
| | | |

And not executed as to the defendant(s), _____

The diligence used in finding said defendant(s) being: _____

and the cause or failure to execute this process is: _____

and the information received as to the whereabouts of said defendant(s) being: _____

**FEES:**

Serving Petition and Copy $_____

Total                     $_____

_____, Officer

_____, County, Texas

By: _____, Deputy

_____
Affiant

**COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT.**

In accordance with Rule 107: The officer of authorized person who serves, or attempts to serve, a citation shall sign and return. The signature is not required to be verified. If the return is signed by a person other than a sheriff, constable or the clerk of the court, the return shall be signed under penalty of perjury and contain the following statement:

"My name is _____, my date of birth is _____, and my address is
                    (First, Middle, Last)

_____
(Street, City, Zip)

I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING IS TRUE AND CORRECT.

Executed in _____, County, State of _____, on the _____ day of _____.

_____
Declarant/Authorized Process Server

_____
(Id # expiration of certification)

**AFFIDAVIT ATTACHED**

English        Customer Service        USPS Mobile                                    Register / Sign In

## ☒USPS.COM

# USPS Tracking™

**Customer Service ›**
Have questions? We're here to help.

**Get Easy Tracking Updates ›**
Sign up for My USPS.

Tracking Number: 9407111899562798113672

Updated Delivery Day: Tuesday, June 30, 2015

## Product & Tracking Information

**Available Actions**

| Postal Product:        | Features:         |                     |
|------------------------|-------------------|---------------------|
| First-Class Mail®      | Certified Mail™   |                     |

**Text Updates**

**Email Updates**

| DATE & TIME            | STATUS OF ITEM    | LOCATION            |
|------------------------|-------------------|---------------------|
| June 30, 2015 , 10:32 am | Delivered         | AUSTIN, TX 78711    |

Your item was delivered at 10:32 am on June 30, 2015 in AUSTIN, TX 78711.

June 30, 20·

June 30, 20·

June 30, 20·

June 25, 201

**CERTIFIED MAIL**

ZAKON LLC
148 S DOWLEN RD # 668
BEAUMONT, TX 77707

PS Form 3800 6/02

COMPLETE THIS SECTION ON DELIVERY

A. Signature: (☐ Addressee or ☐ Agent)

X

B. Received By: (Please Print Clearly)

9407 1118 9956 2798 1136 72

## Track A                                                          ...ackages

Tracking (or re·                                                   ...oard.

C. Date of Delivery   JUN 3 0 2015

**RETURN RECEIPT REQUESTED**
Article Addressed To:
Ret · 7- 6 ·/5

D. Addressee's Address (If Different From Address Used by Sender)

STI Leasing LLC c/o
Service of Process
Secretary of State
P.O. Box 12079
Austin TX 78711-2079

Secondary Address / Suite / Apt. / Floor   (Please Print Clearly)

Delivery Address

| City | State | ZIP + 4 Code |

**HELPFUL LINKS**        LEGAL INFORMATION

Contact Us        About USPS Home        Business Customer Gateway        Privacy Policy

Site Index        Newsroom        Postal Inspectors        Terms of Use

FAQs        USPS Service Updates        Inspector General        FOIA

Forms & Publications        Postal Explorer        No FEAR Act EEO Data

Government Services        National Postal Museum

Careers        Resources for Developers

Copyright © 2015 USPS. All Rights Reserved.

RECEIPT FOR: FEES                                    E-FILING

Cause No: B-0197238          Date:  7/14/15          Receipt No:  318893
    Style:  TEMEIKA GUILLORY
        vs JAMES B MATSON ET AL

    Paid By: JUHAN, JONATHAN                              P
    Amt Paid:        2.00 EFILE006056563-0   Bal Due:

    2.00     ELECTRONIC FILING FEE ($



                    JAMIE SMITH, CLERK DISTRICT COURTS
                        Jefferson County, Texas

                    By: _____
_____    ODBC            Deputy

RECEIPT FOR: FEES                                          E-FILING

Cause No: B-0197238          Date:  7/15/15          Receipt No:  319015
   Style:  TEMEIKA GUILLORY
      vs JAMES B MATSON ET AL

   Paid By: JUHAN, JONATHAN                                    P
   Amt Paid:        2.00 EFILE006076627-0    Bal Due:

   2.00     ELECTRONIC FILING FEE ($



                    JAMIE SMITH, CLERK DISTRICT COURTS
                        Jefferson County, Texas

                        By: _____
   _____    ODBC            Deputy

FILED
DISTRICT CLERK OF
JEFFERSON CO TEXAS
7/15/2015 12:44:32 PM
JAMIE SMITH
DISTRICT CLERK
B-197238

CAUSE NO. B-0197238

TEMEIKA GUILLORY,                          §                    IN THE DISTRICT COURT OF
                                           §
                    Plaintiff,             §
VS.                                        §                    JEFFERSON COUNTY, TEXAS
                                           §
JAMES B MATSON ET AL,                      §
                                           §
                    Defendant.             §                    60TH JUDICIAL DISTRICT COURT

## AFFIDAVIT OF SERVICE - CERTIFIED MAIL - AMENDED

On this day personally appeared Spencer Marks who, being by me duly sworn, deposed and said:

"The following came to hand on Jun 19, 2015, 2:51 pm,

CITATION, PLAINTIFF'S ORIGINAL PETITION, LETTER DESIGNATING ALL CASES EFILE (RECEIVED JUN 19, 2015 AT 2:51PM),

and was executed on Thu, Jun 25 2015 by mailing to STI LEASING LLC BY DIRECTING TO THE TEXAS SECRETARY OF STATE at 1019 BRAZOS STREET, AUSTIN, TX 78701, by regular mail and by Certified Mail, Return Receipt Requested, Receipt No. 9407111899562798113672, a true copy of this citation.

The regular mail envelope returned. PS Form 3811 was returned on 07/06/2015 having been signed on 06/30/2015 and is attached hereto.

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

Spencer Marks
Jefferson County, Texas
SCH9510 EXP: 02/28/2018

BEFORE ME, a Notary Public, on this day personally appeared Spencer Marks, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements therein contained are within his or her personal knowledge and are true and correct.

SUBSCRIBED AND SWORN TO ME ON 07/15/2015

JERRIE L. MEZA
Notary Public, State of Texas
My Commission Expires
November 21, 2015

Notary Public, State of Texas

```
                        RECEIPT FOR: FEES                    E-FILING

Cause No: B-0197238        Date:  7/20/15        Receipt No:  319353
  Style:  TEMEIKA GUILLORY
     vs JAMES B MATSON ET AL

Paid By: JUHAN, JONATHAN                                    P
Amt Paid:        2.00 EFILE006138065-0   Bal Due:

    2.00    ELECTRONIC FILING FEE ($
```

```
                JAMIE SMITH, CLERK DISTRICT COURTS
                    Jefferson County, Texas

                      By: _____
                          ODBC              Deputy
_____
```

V.S

CITATION

FILED
DISTRICT CLERK OF
JEFFERSON CO TEXAS
7/20/2015 2:48:12 PM-00005
JAMIE SMITH
DISTRICT CLERK
B-197238

## THE STATE OF TEXAS

**No. B-0197238**

TEMEIKA GUILLORY
VS. JAMES B MATSON ET AL

## CITATION

### 60 th JUDICIAL DISTRICT COURT
### of JEFFERSON COUNTY, TEXAS

To:   MATSON, JAMES B
      BY SERVING THE TEXAS TRANSPORTATION COMMISSION CHAIRMAN
      FORWARD TO

by serving at:
125 EAST 11TH STREET

AUSTIN, TX   78701                                                DEFENDANT:

NOTICE:

You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. Said answer may be filed by mailing same to: District Clerk's Office, 1001 Pearl St., 2nd floor, Beaumont, TX 77701, (or if the case is designated as an E-file case, E-file through Lexis Nexis file and serve) or by bringing it to the office. The case is presently pending before the 60 th District Court of Jefferson County sitting in Beaumont, Texas, and was filed on the 12th day of June, 2015. It bears cause number B-0197238 and is styled:

Plaintiff:

TEMEIKA GUILLORY

VS.

JAMES B MATSON ET AL

Defendant:

The name and address of the attorney for plaintiff (or plaintiff if pro se) is:

JUHAN, JONATHAN, Atty.
985 I-10 NORTH SUITE 100
BEAUMONT, TX   77706.0

The nature of the demands of said plaintiff is shown by a true and correct copy of Plaintiff's PETITION (PLAINTIFF'S ORIGINAL) ALSO ATTACHED LETTER DESIGNATING ALL CASES EFILE accompanying this citation and made a part thereof.

Issued under my hand and the seal of said court, at Beaumont, Texas, this the 18th day of June, 2015.

JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY, TEXAS

*Regan Corbello*

Regan

**AFFIDAVIT ATTACHED**



## RETURN OF SERVICE

B-0197238                   60 th JUDICIAL DISTRICT COURT
TEMEIKA GUILLORY
JAMES B MATSON ET AL
Executed when copy was delivered:
This is a true copy of the original citation, was delivered to defendant _____, on the _____ day of
_____, 20____.

_____, Officer
_____, County, Texas
By: _____, Deputy

**ADDRESS FOR SERVICE:**
MATSON, JAMES B
BY SERVING THE TEXAS TRANSPORTATION COMMISSION CHAIRMAN

AUSTIN, TX 78701 0000

### OFFICER'S RETURN

Came to hand on the _____ day of _____, 20____, at _____, o'clock ____.m., and executed in
_____, County, Texas by delivering to each of the within named defendants in person, a true copy of this Citation
with the date of delivery endorsed thereon, together with the accompanying copy of the Citation at the following times and places, to-wit:

| Name | Date/Time | Place, Course and Distance from Courthouse |
|---|---|---|
| | | |

And not executed as to the defendant(s), _____

The diligence used in finding said defendant(s) being:

and the cause or failure to execute this process is:

and the information received as to the whereabouts of said defendant(s) being:

**FEES:**
Serving Petition and Copy  $_____
Total                      $_____

_____, Officer
_____, County, Texas

By: _____, Deputy

_____
Affiant

__COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT,__
In accordance with Rule 107: The officer of authorized person who serves, or attempts to serve, a citation shall sign and return. The signature
is not required to be verified. If the return is signed by a person other than a sheriff, constable or the clerk of the court, the return shall be
signed under penalty of perjury and contain the following statement:
"My name is _____, my date of birth is _____, and my address is _____
            (First, Middle, Last)

_____
(Street, City, Zip)
I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING IS TRUE AND CORRECT.

Executed in _____, County, State of _____, on the _____ day of _____.

_____
Declarant/Authorized Process Server

_____
(Id # expiration of certification)

AFFIDAVIT ATTACHED

CAUSE NO. B-0197238

| | | |
|---|---|---|
| TEMEIKA GUILLORY, | § | IN THE DISTRICT COURT OF |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | JEFFERSON COUNTY, TEXAS |
| | § | |
| JAMES B MATSON ET AL, | § | |
| | § | |
| Defendant. | § | 60TH JUDICIAL DISTRICT COURT |

## AFFIDAVIT OF SERVICE - CERTIFIED MAIL

On this day personally appeared **Spencer Marks** who, being by me duly sworn, deposed and said:

"The following came to hand on Jun 19, 2015, 2:51 pm,

CITATION, PLAINTIFF'S ORIGINAL PETITION, LETTER DESIGNATING ALL CASES EFILE (RECEIVED JUN 19, 2015 AT 2:51PM),

and was executed on Thu, Jun 25 2015 by mailing to JAMES B MATSON BY DIRECTING TO THE TEXAS SECRETARY OF STATE at 1019 BRAZOS STREET, AUSTIN, TX 78701, by regular mail and by Certified Mail, Return Receipt Requested, Receipt No. 9407111899562798113672, a true copy of this citation.

The regular mail envelope returned. PS Form 3811 was returned on 07/06/2015 having been signed on 06/30/2015 and is attached hereto.

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

_____

Spencer Marks
Jefferson County, Texas
SCH9510 EXP: 02/28/2018

BEFORE ME, a Notary Public, on this day personally appeared Spencer Marks, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements therein contained are within his or her personal knowledge and are true and correct.

SUBSCRIBED AND SWORN TO ME ON 07/14/2015

_____
Notary Public, State of Texas

JERRIE L. MEZA
Notary Public, State of Texas
My Commission Expires
November 21, 2015

CAUSE NO. B-0197238

| | | |
|---|---|---|
| TEMEIKA GUILLORY, | § | IN THE DISTRICT COURT OF |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | JEFFERSON COUNTY, TEXAS |
| | § | |
| JAMES B MATSON ET AL, | § | |
| | § | |
| Defendant. | § | 60TH JUDICIAL DISTRICT COURT |

## AFFIDAVIT OF SERVICE - CERTIFIED MAIL

On this day personally appeared **Spencer Marks** who, being by me duly sworn, deposed and said:

"The following came to hand on Jun 19, 2015, 2:51 pm,

CITATION, PLAINTIFF'S ORIGINAL PETITION, LETTER DESIGNATING ALL CASES EFILE (RECEIVED JUN 19, 2015 AT 2:51PM),

and was executed on Wed, Jun 24 2015 by mailing to JAMES B MATSON C/O THE TEXAS TRANSPORATION COMMISSION CHAIRMAN at 125 EAST 11TH STREET, AUSTIN, TX 78701, by regular mail and by Certified Mail, Return Receipt Requested, Receipt No. 9407111899562798783622, a true copy of this citation.

The regular mail envelope returned. PS Form 3811 was returned on 07/18/2015 having been signed on 07/15/2015 and is attached hereto.

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

Spencer Marks
Jefferson County, Texas
SCH9510 EXP: 02/28/2018

BEFORE ME, a Notary Public, on this day personally appeared Spencer Marks, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements therein contained are within his or her personal knowledge and are true and correct.

SUBSCRIBED AND SWORN TO ME ON 07/20/2015

Notary Public, State of Texas

JERRIE L. MEZA
Notary Public, State of Texas
My Commission Expires
November 21, 2018

7/20/2015

USPS.com® - USPS Tracking™

# ᴢ USPS.COM

# USPS Tracking™

**Customer Service ›**
Have questions? We're here to help.

**Get Easy Tracking Updates ›**
Sign up for My USPS.

**Tracking Number:** 9407111899562798783622

**Updated Delivery Day: Tuesday, June 30, 2015**

## Product & Tracking Information

| | | | Available Actions |
|---|---|---|---|
| **Postal Product:**<br>First-Class Mail® | **Features:**<br>Certified Mail™ | | **Text Updates** |

| DATE & TIME | STATUS OF ITEM | LOCATION | Email Updates |
|---|---|---|---|
| June 26, 2015, 8:18 am | Delivered | AUSTIN, TX 78744 | |

Your item was delivered at 8:18 am on June 26, 2015 in AUSTIN, TX 78744.

June 26, 2015, 7:11 am

June 26, 2015, 7:01 am

June 26, 2015

**CERTIFIED MAIL**

ZAKON LLC
148 S DOWLEN RD # 668
BEAUMONT, TX 77707

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature: (☐ Addressee or ☐ Agent)

X

B. Received By: *(Please Print Clearly)*

EMILY CUSBY

C. Date of Delivery

7/15/15

D. Addressee's Address *(If Different From Address Used by Sender)*

Secondary Address / Suite / Apt. / Floor  *(Please Print Clearly)*

Delivery Address

| City | State | ZIP + 4 Code |
|---|---|---|

## Track Another Pac

Tracking (or receipt) number

9407 1118 9956 2798 7836 22

**RETURN RECEIPT REQUESTED**

Article Addressed To:

James B Matson c/o
Chair Of The Texas Transportation Commis
125 E. 11th Street
Austin TX 78701-2483

**HELPFUL LINKS**
Contact Us
Site Index
FAQs

Newsroom
USPS Service Updates
Forms & Publications
Government Services
Careers

Postal Inspectors
Inspector General
Postal Explorer
National Postal Museum
Resources for Developers

**Terms of Use**
FOIA
No FEAR Act EEO Data

Copyright © 2015 USPS. All Rights Reserved.

FILED
DISTRICT CLERK OF
JEFFERSON CO TEXAS
7/29/2015 11:21:30 AM
JAMIE SMITH
DISTRICT CLERK
B-197238

NO. B-197238

| | | |
|---|---|---|
| TAMEIKA GUILLORY | § | IN THE DISTRICT COURT OF |
| **Plaintiff** | § | |
| | § | |
| **V.** | § | JEFFERSON COUNTY, TEXAS |
| | § | |
| JAMES B. MATSON AND | § | |
| STI LEASING, LLC | § | |
| **Defendants.** | § | 60TH JUDICIAL DISTRICT COURT |

## DEFENDANTS' ORIGINAL ANSWER

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW JAMES B. MATSON AND STI LEASING, LLC, Defendants in the above-styled and numbered cause, and files its Original Answer.

### I.

Pursuant to the provisions of Rule 92 of the Texas Rules of Civil Procedure, Defendants deny each and every, all and singular, the allegations contained in Plaintiff's Original Petition, and any amendment thereto, and demand strict proof thereof, hereby reserving their right to amend their Original Answer to assert other and further defenses in the premises.

### II.

Pursuant to Rule 216 of the Texas Rules of Civil Procedure, Defendants hereby demand a trial by jury and make application therefore.

### III.

Defendants assert that Plaintiff has failed to properly mitigate her damages.

### IV.

Specially answering, Defendants say on the occasion in question Plaintiff failed to exercise that degree of care which a person of ordinary care would have exercised in the same or similar circumstances, and that such failure was the sole cause and/or proximate cause of the alleged injuries.

570002.1 PLD 0001704 9296 RDO

EXHIBIT

K

V.

In the alternative, Defendants say that the accident was an unavoidable accident.

VI.

Defendants say Plaintiff's injuries and damages, in whole or in part, are due to pre-existing conditions.

VII.

Defendants contend that pursuant to § 41.0105 of the Texas Civil Practice and Remedies Code, Plaintiff's recovery of medical or health care expense is limited to the amount actually paid or incurred by or on behalf of the claimant.

VIII.

Defendants contend that to the extent that Plaintiff is asserting a recovery of loss of earnings, loss of earning capacity, or loss of contributions of a pecuniary value, the limitations of § 18.091 of the TEX. CIV. PRAC. & REM. CODE.

IX.

Defendant, STI Leasing, LLC was not the employer of James B. Matson and is thus not responsible for his actions pursuant to a respondeat superior theory or negligent entrustment, as alleged.

X.

Pursuant to TRCP 193.7 of Defendants' intent to utilize, refer to and offer into evidence against each named Plaintiff at any pretrial or trial proceeding, each and every document, writing, pleading, or tangible thing produced or exchanged by Plaintiff through the written or oral discovery process in the instant cause.

WHEREFORE PREMISES CONSIDERED, Defendants pray that Plaintiff takes nothing by reason of this suit, that Defendants be discharged and go hence with their costs

without day, and for all such other and further relief, both general and special, at law and in equity, to which they may show themselves justly entitled, for which they will in duty bound forever pray.

Respectfully submitted,

LORANCE & THOMPSON, P.C.

_____

Roger D. Oppenheim
SBN: 15292400
2900 North Loop West, Ste. 500
Houston, TX 77092
713/868-5560
713/864-4671 (fax)
rdo@lorancethompson.com
ATTORNEY FOR DEFENDANTS
JAMES B. MATSON AND
STI LEASING, LLC

## CERTIFICATE OF SERVICE

On this 29th day of _July 2015, a true and correct copy of the foregoing instrument has been provided to all parties by e-filing and/or telefax transmission.

Mr. Jonathan Juhan
Jonathan C. Juhan, PC
985 I-10 North, Ste. 100
Beaumont, TX 77706
jonathanjuhan@sbcglobal.net

_____

Roger D. Oppenheim

RECEIPT FOR: FEES                                                E-FILING

Cause No: B-0197238          Date:  7/29/15          Receipt No:  320112
   Style:  TEMEIKA GUILLORY
       vs JAMES B MATSON ET AL


Paid By: NO ATTORNEY AT THIS TIME                              P
Amt Paid:        2.00 EFILE006264882-0   Bal Due:

   2.00     ELECTRONIC FILING FEE ($




                    JAMIE SMITH, CLERK DISTRICT COURTS
                        Jefferson County, Texas

                            By: _____
_____         ODBC           Deputy

## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF TEXAS
## BEAUMONT DIVISION

| | | |
|---|---|---|
| TAMEIKA GUILLORY | § | |
|     Plaintiff | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 15-310 |
| | § | |
| JAMES B. MATSON AND | § | |
| STI LEASING, LLC | § | |
|     Defendants | § | JURY REQUESTED |

### LIST OF PARTIES, COUNSEL OF RECORD AND STATUS

**PLAINTIFF:**
Temeika Guillory

**DEFENDANTS:**
James B. Matson
STI Leasing, LLC

### ATTORNEYS:

**ATTORNEY FOR PLAINTIFFS:**
Jonathan Juhan
SBN:  11047225
FBN:
**JONATHAN C. JUHAN, PC**
985 I-10 North, Ste. 100
Beaumont, TX 77760
409/832-8877
409/924-8880 (fax)
jonathanjuhan@sbcglobal.net

**ATTORNEY FOR DEFENDANTS:**
Roger D. Oppenheim
SBN: 15293400
FBN: 14205
**LORANCE & THOMPSON, PC**
2900 North Loop West, Ste. 500
Houston, TX 77092
713/868-5560
713/864-4671 (fax)
rdo@lorancethompson.com

### STATUS OF REMOVED CASE:

June 12, 2015      Plaintiff's Original Petition

July 29, 2015      Defendants' Original Answer

August 7, 2015      Defendants' Notice of Removal

Defendants, STI Leasing, LLC and James B. Matson, have been served with the Plaintiff's Original Petition and Requests for Disclosure.  Neither parties have filed responses to written discovery.  No depositions have been taken.  The matter has not been mediated.  The case has no trial setting or other court ordered deadlines.

Respectfully submitted,

/s/ Roger D. Oppenheim

_____

Roger D. Oppenheim
FBN: 14206
SBN: 15292400

OF COUNSEL:
**LORANCE & THOMPSON, P.C.**
2900 North Loop West, Suite 500
Houston, TX 77092
713/868-5560
713/864-4671 (fax)
rdo@lorancethompson.com
ATTORNEY FOR DEFENDANTS
STI LEASING, LLC AND JAMES B. MATSON

### CERTIFICATE OF SERVICE

On this 7th day of August, 2015, a true and correct copy of the foregoing instrument has been provided to all parties by e-filing and/or telefax transmission.

Mr. Jonathan Juhan
Jonathan C. Juhan, PC
985 I-10 North, Ste. 100
Beaumont, TX 77706
jonathanjuhan@sbcglobal.net

/s/ Roger D. Oppenheim

_____

Roger D. Oppenheim