## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF TEXAS
## BEAUMONT DIVISION

| | | |
|---|---|---|
| **TAMEIKA GUILLORY** | § | |
|     **Plaintiff** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 15-cv-00310** |
| | § | |
| **JAMES B. MATSON AND** | § | |
| **STI LEASING, LLC** | § | |
|     **Defendants** | § | **JURY REQUESTED** |

## **SUGGESTION OF DEATH**

TO THE HONORABLE JUDGE OF SAID COURT:

    Roger D. Oppenheim, attorney for the Defendants, JAMES B. MATSON AND STI LEASING, LLC, hereby inform the Court that based on information provided (Exhibit "A") James B. Matson is deceased.

    Respectfully submitted,

    /s/ Roger D. Oppenheim

    ―――――――――――――――
    Roger D. Oppenheim
    FBN:  14206
    SBN:  15292400

OF COUNSEL:

**LORANCE & THOMPSON, P.C.**
2900 North Loop West, Suite 500
Houston, TX 77092
713/868-5560
713/864-4671 (fax)
rdo@lorancethompson.com
ATTORNEY FOR DEFENDANTS
JAMES B. MATSON AND STI LEASING, LLC

## CERTIFICATE OF SERVICE

On this 19th day of August, 2015, a true and correct copy of the foregoing instrument has been provided to all parties by e-filing and/or telefax transmission.

Mr. Jonathan Juhan
Jonathan C. Juhan, PC
985 I-10 North, Ste. 100
Beaumont, TX 77706
jonathanjuhan@sbcglobal.net

/s/ Roger D. Oppenheim
_____
Roger D. Oppenheim