\*\* NOT FOR PRINTED PUBLICATION \*\*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| TAMEIKA GUILLORY, § <br> § <br> *Plaintiff,* § <br> § CIVIL ACTION No. 1-15-CV-310 <br> v. § <br> § JUDGE RON CLARK <br> JAMES B. MATSON, et al., § <br> § AFC <br> *Defendants.* § | |

### ORDER ON STIPULATION OF DISMISSAL OF DEFENDANTS

Before the court is the parties' joint Stipulation of Dismissal of Defendants. (DOC. # 8). The parties seek a dismissal with prejudice. The court is of the opinion that it should grant this. IT IS THEREFORE ORDERED that the Stipulation of Dismissal (DOC. # 8) is GRANTED, this case is DISMISSED WITH PREJUDICE.

So ordered and signed on

**Sep 18, 2015**

_____
Ron Clark, United States District Judge